# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 8 2020

CLERK, U.S. DISTRICT COURT
by _____
Deputy

_Kaci Hintz_
**Plaintiff**

v.

_Texas Department of_
**Defendant**
_Child and Family Services_

7:20-cv-00069-O

_____
**CASE NUMBER**

_____
**JUDGE**

### NOTICE OF APPEAL

Notice is hereby given that _Kaci Janelle Hintz_
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

_termination of parental rights_
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on _May 7th 2020_
(Date)

Date _June 3rd, 2020_

Attorney/Pro Se Litigant Signature _Kaci J Hintz_

Print Name _Department of Family & Protective Services_

Address _925 Lamar St._

City, State, Zip _Wichita Falls, Texas  76301_

Telephone _(940) 235·1995_