IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KACI JANELLE HINTZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:20-cv-00069-O-BP |
| | § | |
| TEXAS DEPARTMENT OF CHILD | § | |
| AND FAMILY SERVICES, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 6), issued on July 7, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to prosecute or comply with court orders.

**SO ORDERED** on this **22nd day** of **July, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1